UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSHUA BOUDREAUX, | § § § | |
| Plaintiff, | § § § § | |
| v. | § § | CIVIL CASE NO. 3:24-cv-00260-D |
| NORTON ROSE FULBRIGHT US LLP, | § § § § § | |
| Defendant. | § | |

**ORDER GRANTING MOTION TO PROCEED WITHOUT LOCAL COUNSEL**

Came on for consideration, Plaintiff's Motion to Proceed Without Local Counsel. Upon reviewing the unopposed Motion, the Court is of the opinion that there is good cause to grant the Motion. Plaintiff and his counsel may proceed in this case without local counsel under Local Rule 83.01.

**SO ORDERED.**

_____
Sidney A. Fitzwater
Senior Judge

1