# NORTON ROSE FULBRIGHT

Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, Texas 77010
United States of America

May 23, 2024

Direct line +1 713 651 8270
valerie.anderson@nortonrosefulbright.com

Tel +1 713 651 5151
Fax +1 713 651 5246



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2024
CLERK, U.S. DISTRICT COURT
By _____ KR
Deputy

CLERK, U.S. DISTRICT COURT
1100 Commerce St. Room 1452
Dallas, TX 75242-1495

Dear CLERK, U.S. DISTRICT COURT:

We are writing to inform you that our firm, Norton Rose Fulbright US LLP, will be relocating its Houston office to a new address on June 10, 2024. Our new address is:

   Norton Rose Fulbright US LLP
   1550 Lamar Street, Suite 2000
   Houston, TX 77010

Please update your records accordingly and send all future invoices and correspondence to this new address. Our phone number, email address, and banking information will remain the same. Again, this is only for our Houston location.

We appreciate your continued support and cooperation during this transition. If you have any questions or concerns, please do not hesitate to contact us at (713) 651-5196 or USAcctsPayable@nortonrosefulbright.com.

Very truly yours,

Valerie Anderson
Controller

VLA

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

Norton Rose Fulbright
1550 Lamar Street
Suite, 2000
Houston, TX 77010-4103

RECEIVED

JUN - 7 2024

US POSTAGE PITNEY BOWES
ZIP 77010 $ 000.64⁰
02 7W
0008027113 JUN 03 2024

FIRST-CLASS