# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JOSHUA BOUDREAUX, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-cv-260 |
| | § | |
| NORTON ROSE FULBRIGHT US LLP, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Joshua Boudreaux and Defendant Norton Rose Fulbright US LLP, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), file this Joint Stipulation of Dismissal. The Parties request an order dismissing the above-styled case with prejudice along with all causes of action asserted herein.

The Parties to bear their own costs.

**PAUL M. DAVIS & ASSOCIATES, P.C.**

/s/ *Paul M. Davis*   .
Paul M. Davis
Texas Bar No. 24078401
Paul M. Davis & Associates, P.C.
9355 John W. Elliott Dr.
Suite 25454
Frisco, TX 75033
945-348-7884
paul@fireduptxlawyer.com

***Attorney for Plaintiff***

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Heather Sherrod*   .
Heather L. Sherrod
heather.sherrod@nortonrosefulbright.com State Bar No. 24083836
Shauna J. Clark
shauna.clark@nortonrosefulbright.com State Bar No. 00790977

John W. Weber
State Bar No.
john.weber@nortonrosefulbright.com
Norton Rose Fulbright US LLP
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Tel. (210) 270-7022 | Fax (210) 270-7205

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing document to be electronically filed with the Clerk of the Court using the ECF-system for the Northern District of Texas and that the ECF system will send a Notice of Electronic Filing to the CM/ECF participant(s) on October 22, 2024.

                                              */s/ Paul M. Davis*