**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JOSHUA BOUDREAUX | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-0260 -D |
| | § | |
| NORTON ROSE FULBRIGHT US LLP, | § | |
| | § | |
| Defendant. | § | |

**<u>ORDER</u>**

Having considered Plaintiff Joshua Boudreaux and Defendant Norton Rose Fulbright US LLP's Joint Stipulation of Dismissal, the Court is of the opinion that the stipulation should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Joshua Boudreaux's claims against Defendant Norton Rose Fulbright US LLP as alleged in this lawsuit are dismissed with prejudice, with the costs and attorneys' fees taxed against the party incurring the same.

Signed this the _____23rd_____ day of _____October_____, 2024.

_____
SIDNEY A FITZWATER
SENIOR JUDGE